# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Curtis Floyd PRICE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case Number 3-93-cv-277-PJH<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER GRANTING PETITIONER'S REQUEST TO FILE DOCUMENTS EX PARTE AND UNDER SEAL AND GRANTING PETITIONER'S CO-LEAD COUNSEL'S MOTION FOR LEAVE TO WITHDRAW<br><br>[Docket No. 181] |

Petitioner requests leave to file a motion and two declarations ex parte and under seal pursuant to Civil Local Rules 7-10, 7-11, and 79-5(b). The motion and declarations are related solely to Petitioner's representation by legal counsel and contain information that is protected from disclosure by the Health Insurance Portability and Accountability Act. Accordingly, and good cause therefor appearing, Petitioner's request is granted.

In the motion, Petitioner's co-lead counsel Karen S. Sorensen, Esq., seeks leave to withdraw from representing Petitioner for reasons relating to her health. Good cause appearing therefor, the motion is granted: Ms. Sorensen is hereby relieved as counsel for Petitioner in the present action.

In light of the fact that the present action is stayed pending the completion of exhaustion

proceedings, the Court will not at this time refer this action to the Court's Selection Board for a recommendation of second counsel to assist lead counsel Robert L. McGlasson, Esq., in representing Petitioner. Should it become necessary, Mr. McGlasson may request the appointment of second counsel at an appropriate time.

*It is so ordered.*

DATED: July 23, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2