ROBERT L. McGLASSON - GA. Bar #492638
ATTORNEY AT LAW
1024 Clairemont Ave.
Decatur, GA 30030
Telephone: (404) 314-7664
Facsimile: (404) 879-0005
Email: rlmcglasson@comcast.net

KEKER & VAN NEST LLP
JAN NIELSEN LITTLE - #100029
STEVEN A. HIRSCH - #171825
ASIM M. BHANSALI - #194925
STEVEN P. RAGLAND - #221076
CODY S. HARRIS - #255302
CAITLIN BALES NOEL - #257739
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email:  jlittle@kvn.com; shirsch@kvn.com; abhansali@kvn.com;
        sragland@kvn.com; charris@kvn.com; cnoel@kvn.com

Attorneys for Petitioner CURTIS FLOYD PRICE

DAVID H. ROSE - #112008
CA STATE ATTORNEY GENERAL'S OFFICE
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5853
Email:  david.rose@doj.ca.gov

Attorney for Respondent ROBERT L. AYERS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS FLOYD PRICE,<br><br>                    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>                    Respondent. | Case No. C-93-0277 PJH<br><br>**DEATH PENALTY CASE**<br><br>**[~~PROPOSED~~] ORDER ON LITIGATION SCHEDULE**<br><br>Judge:    Hon. Phyllis J. Hamilton |

## ORDER

The present action has been stayed and held in abeyance by this Court pending the exhaustion of State-court remedies per this Court's Order dated March 22, 2007 (Docket No. 180). It appearing to this Court that exhaustion proceedings have now been completed per the opinions of the California Supreme Court dated February 14, 2011, and April 13, 2011, the Court hereby ORDERS the parties to complete and file the following pleadings under the schedule designated:

(1) Petitioner shall file his amended federal habeas corpus petition no later than 120 days from the date of this Order;

(2) Respondent shall thereafter file any answer to the amended federal habeas corpus petition no later than 120 days after the due date for the filing of the amended federal habeas corpus petition;

(3) Petitioner shall file any reply to the answer to the amended federal habeas corpus petition no later than 60 days after the due date for the filing of the answer.

Further litigation schedules will be provided upon the completion of the above.

The above litigation schedule has been jointly submitted to this Court by the parties. By agreeing to the litigation schedule set forth herein, it is understood that neither party intends to waive any available challenges or defenses, affirmative or otherwise, to any aspect of the amended petition or the answer, including defenses of timeliness, retroactivity, statute of limitation, procedural default, or any other.

IT IS SO ORDERED.

Dated: __February 2_____, 2012



_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 18, 2012 | ROBERT L.McGLASSON |

By: /s/ Robert L. McGlasson
    ROBERT L. McGLASSON
    Attorney at Law

    KEKER & VAN NEST LLP
    JAN N. LITTLE
    ASIM M. BHANSALI
    STEVEN A. HIRSCH
    STEVEN P. RAGLAND
    CODY S. HARRIS
    CAITLIN BALES NOEL

    Attorneys for Petitioner
    CURTIS FLOYD PRICE

Dated: January 18, 2012                    CALIFORNIA STATE ATTORNEY
                                                           GENERAL'S OFFICE

                                                           By: /s/David H. Rose
                                                               DAVID H. ROSE

                                                           Attorney for Respondent
                                                           ROBERT L. AYERS, JR

## **ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order NO. 45, Section X.B. regarding non-filing signatories, I hereby attest that all counsel listed above have concurred in the filing of this [PROPOSED] ORDER ON LITIGATION SCHEDULE.

Dated: January 18, 2012

                                                           /s/Robert L. McGlasson
                                                          ROBERT L. McGLASSON