ROBERT L. MCGLASSON (GA Bar #492638)
ATTORNEY AT LAW
1024 Clairemont Avenue
Decatur, GA 30030
Telephone: 404 314 7664
Facsimile: 404 879 0005
rlmcglasson@comcast.net

KEKER & VAN NEST LLP
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
STEVEN A. HIRSCH - # 171825
shirsch@kvn.com
ASIM M. BHANSALI - # 194925
abhansali@kvn.com
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Petitioner
CURTIS FLOYD PRICE

DAVID H. ROSE
david.rose@doj.ca.gov
CA STATE ATTORNEY GENERAL'S OFFICE
455 Golden Gate Avenue., Suite 11000
San Francisco, CA 94102-7004
Telephone: 415-703-5853

Attorney for Respondent Warden Ayers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS FLOYD PRICE, <br><br> Petitioner, <br><br> v. <br><br> ROBERT L. AYERS, JR., Warden of San Quentin State Prison, <br><br> Respondent. | Case No. C-93-0277 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED PETITION** <br><br> Judge: Hon. Hon. Phyllis J. Hamilton <br><br> Date Filed: Jan. 25, 1993 |

1  Pursuant to N.D. Civ. L.R. 6-2 and the accompanying Declaration of Jan N. Little, the
2 parties hereby stipulate as follows:
3  WHEREAS, the Court issued an Order [Dkt. 196] on February 2, 2012, requiring the
4 Petitioner to file his amended federal habeas corpus petition within 120 days of that Order; the
5 Respondent to file its answer within 120 days of the filing of Petitioner's amended petition; and
6 the Petitioner to file any reply 60 days later;
7  WHEREAS, this schedule requires Petitioner to file his amended petition by June 1, 2012;
8  WHEREAS, counsel for Petitioner have multiple scheduling conflicts that would make
9 meeting the June 1, 2012 deadline extremely burdensome, as set forth in the accompanying
10 Declaration of Jan N. Little;
11  WHEREAS, Petitioner therefore would request an additional 90 days to finalize and file
12 his amended habeas corpus petition; and
13  WHEREAS, Petitioner has discussed this continuance with Respondent, who does not
14 oppose the continuance;
15  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
16 their respective counsel of record, that the June 1, 2012 deadline for Petitioner to file his amended
17 habeas corpus petition be continued to September 1, 2012; that the Respondent's deadline to file
18 its answer then be extended 135 days (to accommodate the holidays), to January 15, 2013; and
19 that the Petitioner's deadline to file his reply be continued to March 15, 2013.
20 Dated:  May 17, 2012

By:  */s/ Robert L. McGlasson*
      ROBERT L. MCGLASSON

---

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED PETITION
Case No. C-93-0277 PJH

666144.01

| | | |
|---|---|---|
| 1 | Dated: May 17, 2012 | KEKER & VAN NEST LLP |

By: */s/ Jan Nielsen Little*
JAN NIELSEN LITTLE
STEVEN A. HIRSCH
ASIM M. BHANSALI
STEVEN P. RAGLAND
CODY S. HARRIS

Attorneys for Petitioner
CURTIS FLOYD PRICE

Dated: May 17, 2012

By: */s/ David H. Rose*
DAVID H. ROSE
Deputy California Attorney General
455 Golden Gate Avenue, #11000
San Francisco, CA 94102-3664

Attorneys for Respondent
ROBERT L. AYERS, JR., Warden of San Quentin State Prison

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 18__, 2012        By: _____
                                                    HON. PHYLLIS J. HAMILTON

2
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE AMENDED PETITION
Case No. C-93-0277 PJH

666144.01