ROBERT L. MCGLASSON (GA Bar #492638)
ATTORNEY AT LAW
1024 Clairemont Avenue
Decatur, GA  30030
Telephone:     404 314 7664
Facsimile:      404 879 0005
rlmcglasson@comcast.net

KEKER & VAN NEST LLP
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
STEVEN A. HIRSCH - # 171825
shirsch@kvn.com
ASIM M. BHANSALI - # 194925
abhansali@kvn.com
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Petitioner
CURTIS FLOYD PRICE

DAVID H. ROSE
david.rose@doj.ca.gov
CA STATE ATTORNEY GENERAL'S OFFICE
455 Golden Gate Avenue., Suite 11000
San Francisco, CA  94102-7004
Telephone:     415-703-5853

Attorney for Respondent Warden Ayers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS FLOYD PRICE,<br><br>       Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>       Respondent. | Case No. C-93-0277 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED PETITION**<br><br>Judge:     Hon. Hon. Phyllis J. Hamilton<br><br>Date Filed:  Jan. 25, 1993 |

1        Pursuant to N.D. Civ. L.R. 6-2 and the accompanying Declaration of Jan N. Little, the

2 parties hereby stipulate as follows:

3        WHEREAS, the Court issued an Order [Dkt. 196] on February 2, 2012, requiring the

4 Petitioner to file his amended federal habeas corpus petition within 120 days of that Order; the

5 Respondent to file its answer within 120 days of the filing of Petitioner's amended petition; and

6 the Petitioner to file any reply 60 days later;

7        WHEREAS, this schedule requires Petitioner to file his amended petition by June 1, 2012;

8        WHEREAS, counsel for Petitioner have multiple scheduling conflicts that would make

9 meeting the June 1, 2012 deadline extremely burdensome, as set forth in the accompanying

10 Declaration of Jan N. Little;

11        WHEREAS, Petitioner therefore would request an additional 90 days to finalize and file

12 his amended habeas corpus petition; and

13        WHEREAS, Petitioner has discussed this continuance with Respondent, who does not

14 oppose the continuance;

15        NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through

16 their respective counsel of record, that the June 1, 2012 deadline for Petitioner to file his amended

17 habeas corpus petition be continued to September 1, 2012; that the Respondent's deadline to file

18 its answer then be extended 135 days (to accommodate the holidays), to January 15, 2013; and

19 that the Petitioner's deadline to file his reply be continued to March 15, 2013.

20 Dated:  May 17, 2012

21

22                       By:   */s/ Robert L. McGlasson*

23                            ROBERT L. MCGLASSON

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED PETITION
Case No. C-93-0277 PJH

666144.01

1    Dated:  May 17, 2012                                           KEKER & VAN NEST LLP

2

3                                        By:   */s/ Jan Nielsen Little*
                                                JAN NIELSEN LITTLE

4                                                 STEVEN A. HIRSCH
                                                ASIM M. BHANSALI

5                                                 STEVEN P. RAGLAND
                                                CODY S. HARRIS

6

7                                                 Attorneys for Petitioner
                                                CURTIS FLOYD PRICE

8    Dated:  May 17, 2012

9

10                                        By:   */s/ David H. Rose*
                                                DAVID H. ROSE

11                                                 Deputy California Attorney General
                                                455 Golden Gate Avenue, #11000

12                                                 San Francisco, CA  94102-3664

13                                                 Attorneys for Respondent
                                              ROBERT L. AYERS, JR., Warden of San

14                                                 Quentin State Prison

15

16   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17    Dated:  __May 18_____, 2012          By: _____

18                                              HON. PHYLLIS J. HAMILTON

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE AMENDED PETITION
Case No. C-93-0277 PJH

666144.01