UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CURTIS FLOYD PRICE,

    Petitioner,

vs.

KEVIN CHAPPELL,

    Respondent.

No. C 93-277 PJH

**DEATH PENALTY CASE**

**ORDER RE BRIEFING SCHEDULE**

Within 45 days of the date of this Order, the parties are ORDERED to meet and confer, and to submit a joint statement outlining a proposed litigation schedule of Petitioner's petition. If after reviewing the statement, the Court determines that a Case Management Conference is necessary, one will be scheduled by separate order.

**IT IS SO ORDERED.**

Dated: October 17, 2014.

PHYLLIS J. HAMILTON
United States District Judge