UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CURTIS FLOYD PRICE,

    Petitioner,

vs.

RON DAVIS, Acting Warden of San Quentin State Prison

    Respondent.

No. C 93-277 PJH

Death Penalty Case

**SCHEDULING ORDER**

On November 24, 2014, the Court directed the parties to:

1. Meet and confer to identify which claims they agree may be resolved based on the record before the Court. Within fifteen (15) days of meeting and conferring, the parties shall file a joint statement outlining a litigation schedule for briefing the merits of record-based claims.

2. If the parties determine that none of the claims are record-based, the parties will set forth a schedule for addressing why the Supreme Court of California's denial of petitioner's claims was "contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States" or "resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State Court proceedings." 28 U.S.C. § 2254(d).

//

That order did not set a deadline for submission of the litigation schedule and the parties have yet to submit a proposed schedule. The parties are hereby ORDERED to submit their proposed litigation schedule within 30 days of the filing date of this order and in accordance with the dictates of the November 24, 2014 order. If the parties fail to comply with this order, the court will impose a litigation schedule without the input of the parties.

**IT IS SO ORDERED.**

Dated: April 8, 2015.

PHYLLIS J. HAMILTON
United States District Judge