United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS FLOYD PRICE,

Petitioner,

v.

RONALD DAVIS, Warden of California
State Prison at San Quentin,

Respondent.

Case No.  5:93-cv-0277-EJD

**DEATH PENALTY CASE**

ORDER DISMISSING PETITION DUE
TO PETITIONER'S DEATH

Counsel for Petitioner has filed a Notice stating that Petitioner died on August 17, 2021.  *See* Dkt. No. 287.  The death of a habeas corpus petitioner renders the petition moot.  *See, e.g., Garceau v. Woodford*, 399 F.3d 1101 (Mem.) (9th Cir. Mar. 3, 2005) (citing *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) ("Because petitioner's death renders this case moot, the petition for a writ of habeas corpus should be dismissed as moot.").  *See also Farmer v. McDaniel*, 692 F.3d 1052 (Mem.) (9th Cir. 2012) (denying petition for rehearing en banc, dismissing appeal, and remanding to the district court for dismissal of the habeas petition as moot due to petitioner's death during appellate proceedings).  Accordingly, the petition for writ of habeas corpus is dismissed as moot and this matter is terminated.

IT IS SO ORDERED.

Dated: 8/19/2021

_____

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE